IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| EMILY V. MIXON-DAVIS, | ) |
| | ) |
| Plaintiff, | ) No. 2:12-00019 |
| | ) Judge Nixon |
| v. | ) Magistrate Judge Bryant |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion to Remand to Defendant ("Motion") (Doc. No. 19), filed with a Memorandum in Support (Doc. No. 20). Defendant requests that the case be remanded to an Administrative Law Judge to hold a hearing to obtain additional evidence. (Doc. No. 20.) Defendant avers that Plaintiff Emily V. Mixon-Davis does not object to the Motion. (Doc. No. 19.) Accordingly, the Motion is **GRANTED**; the Court hereby **REVERSES** the decision of the Commissioner below and **REMANDS** this case for further administrative proceedings.

It is so ORDERED.

Entered this ___12___ day of September, 2012.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT